Howard J. Russell, Esq.
Nevada Bar No. 8879
HRussell@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, NV  89118
Telephone:  (702) 938-3838

*Attorneys for Defendant Everest National Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BEDROC LIMITED, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. 2:22-cv-01470-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

The Parties jointly stipulate that Defendant Everest National Insurance Company's time to respond to Plaintiff's Complaint is extended until **Monday, October 17, 2022**. This is the first extension of time of Defendant's deadline to respond to the Complaint.  The extension is a brief extension requested to accommodate defense counsel being recently retained and scheduling conflicts.  The current deadline is October 7, 2022, and the requested extension is for ten (10) additional days.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

The Parties hereto preserve and do not waive any objections or defenses by this Stipulation.

**IT IS SO STIPULATED, this 6th day of October, 2022.**

*/s/ Howard J. Russell*                                    */s/ F. Thomas Edwards*

Howard J. Russell, Esq.                          F. Thomas Edwards, Esq.
WEINBERG, WHEELER, HUDGINS,          Jessica M. Lujan, Esq.
  GUNN & DIAL, LLC                              HOLLEY DRIGGS
6385 South Rainbow Blvd., Suite 400      300 South Fourth Street, Suite 1600
Las Vegas, NV  89118                           *Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: October 7, 2022

2