Howard J. Russell, Esq.
Nevada Bar No. 8879
HRussell@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, NV  89118
Telephone:  (702) 938-3838

*Attorneys for Defendant Everest National Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BEDROC LIMITED, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. 2:22-cv-01470-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

The Parties jointly stipulate that Defendant Everest National Insurance Company's time to respond to Plaintiff's Complaint is extended until **Thursday, October 27, 2022**. The current deadline to respond is October 17, 2022, and this is the second extension of time of Defendant's deadline to respond to the Complaint. Counsel for the parties are currently coordinating on the pending coverage issues, to determine whether the disputed issues in this action can be resolved or narrowed. An additional brief extension will therefore allow those discussions to continue in advance of responsive pleadings.

/ / /

/ / /

/ / /

/ / /

/ / /

1

The Parties hereto preserve and do not waive any objections or defenses by this Stipulation.

**IT IS SO STIPULATED, this 17th day of October, 2022.**

*/s/ Howard J. Russell*                                    */s/ Jessica M. Lujan*

Howard J. Russell, Esq.                              F. Thomas Edwards, Esq.
WEINBERG, WHEELER, HUDGINS,          Jessica M. Lujan, Esq.
    GUNN & DIAL, LLC                              HOLLEY DRIGGS
6385 South Rainbow Blvd., Suite 400        300 South Fourth Street, Suite 1600
Las Vegas, NV  89118                              *Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: October 18, 2022



2