Howard J. Russell, Esq.
Nevada Bar No. 8879
HRussell@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, NV  89118
Telephone:  (702) 938-3838

*Attorneys for Defendant Everest National Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BEDROC LIMITED, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. 2:22-cv-01470-RFB-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

The Parties jointly stipulate, pursuant to FRCP 41(a), that Plaintiff's claims against Defendant Everest National Insurance Company are DISMISSED WITH PREJUDICE, and this action may be dismissed, closed on the Court's docket, and all pending deadlines may be vacated. The Parties have resolved this matter, and each is to bear its own costs, fees, and interest.

**IT IS SO STIPULATED, this 12th day of December, 2022.**

| | |
|---|---|
| */s/ Howard J. Russell*<br>Howard J. Russell, Esq.<br>WEINBERG, WHEELER, HUDGINS,<br>  GUNN & DIAL, LLC<br>6385 South Rainbow Blvd., Suite 400<br>Las Vegas, NV  89118<br>*Attorneys for Defendant* | */s/ Jessica M. Lujan*<br>F. Thomas Edwards, Esq.<br>Jessica M. Lujan, Esq.<br>HOLLEY DRIGGS<br>300 South Fourth Street, Suite 1600<br>*Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 13th day of December, 2022.

1